IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM PLAGENS,

 Plaintiff,

v.                  Case No.06-cv-10807
                   Hon. Denise Page Hood

SOURCE ONE MORTGAGE CORPORATION;
ACCREDITED HOME LENDERS, INC.;
NETCO, INC; THE APPRAISAL COMPANY
OF RICE & ASSOCIATES, INC; JOHN DOE,
An unnamed co-conspirator; JANE DOE,
An unnamed co-conspirator,

 Defendants.
_____/

| | |
|---|---|
| JAN E. SLOTNICK (P65190) | P. DANIEL CHRIST (P45080) |
| Attorney for Plaintiff | Hafeli Staran Hallahan Christ & Dudek, P.C. |
| 7980 Ann Arbor Street | Attorney for NETCO, Inc. |
| Dexter, MI  48130 | 4190 Telegraph Road, Ste. 3000 |
| 734-424-1400 | Bloomfield Hills, MI  48302-2082 |
| | (248) 731-3080 |
| John J. Cooper (P53738) | |
| Cooper Law Firm, PLLC | Gerald A. Gordinier (P37460) |
| Attorney for Defendant, Source One | Co-Counsel for Defendant, Source One |
| 345 Diversion, Ste. 304 | 345 Diversion, Ste. 310 |
| Rochester, MI  48307 | Rochester, MI  48307 |
| (248) 650-5331 | (248) 651-0018 |

_____/

**STIPULATED ORDER OF DISMISSAL**

At a session of said Court, held in the
City of Detroit, State of Michigan
on  December 19, 2006  ,

PRESENT:  HON. DENISE PAGE HOOD
       U.S DISTRICT JUDGE

 The parties hereby stipulate that all pending claims as between Plaintiff, Adam Plagens, and Defendant, NETCO, Inc., are dismissed with prejudice and without costs to either party.

 This is not a final order and does not close the case.

1

IT IS SO ORDERED.

                                               s/ DENISE PAGE HOOD
                                               HONORABLE DENISE PAGE HOOD
                                               UNITED STATES DISTRICT JUDGE

The undersigned stipulate to entry of this Order:

HAFELI STARAN HALLAHAN
CHRIST & DUDEK, P.C.

BY: s/P. Daniel Christ
      P. Daniel Christ (P45080)
      Attorney for Defendant, NETCO, Inc.
      4190 Telegraph Road, Ste. 3000
      Bloomfield Hills, MI  48302-2082
      248-731-3080
      dchrist@hshcdlaw.com


By: s/with consent of Jan E. Slotnick
      JAN E. SLOTNICK (P65190)
      Attorney for Plaintiff
      7980 Ann Arbor Street
      Dexter, MI  48130
      734-424-1400
      slotnicklaw@yahoo.com